UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOELL MAYORAL,<br><br>                  Plaintiff,<br><br>    v.<br><br>SAFELITE FULFILLMENT INC,<br><br>                  Defendant. | CASE NO. C19-393 MJP<br><br>ORDER DENYING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND CASE SCHEDULING DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion for Continuance of Trial Date and Case Scheduling Deadlines. (Dkt. No. 24.) Having reviewed the motion and the remaining record, the Court DENIES the motion.

The case schedule that the parties now seek to change was set by the Court after reviewing the parties' joint status report and discovery plan submitted on May 6, 2019. (Dkt. No. 12.) The Court's order setting trial date and related dates explicitly states "[t]he Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause." (Dkt. No. 13 at 2.)

The parties now seek to alter the Court's schedule "so the parties have sufficient ability to pursue settlement and subsequently complete discovery should the parties' efforts fail." (Dkt. No. 24 at 2.) This does not constitute good cause within the meaning of the Court's scheduling order.

The parties are free to engage in mediation and to settle at any time, but the Court cannot make its trial schedule dependent on an anticipated timeline for mediation. The parties are free to submit a revised motion with a more detailed explanation of the reasons why the Court should extend the current deadlines. However, on the record currently before the Court, there is insufficient reason to justify a delay.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 24, 2020.

Marsha J. Pechman
United States District Judge