THE HONORABLE MARSHA PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOELL MAYORAL, an individual,

          Plaintiff,

v.

SAFELITE FULFILLMENT INC., dba SAFELITE AUTO GLASS, a Delaware corporation,

          Defendant.

NO. 2:19-CV-00393-MJP

ORDER GRANTING EXTENSION OF CASE REINSTATEMENT DEADLINE

## ORDER

Based upon the foregoing Stipulation, it is hereby ORDERED that this Stipulation is GRANTED, and the deadline to reopen this case will be extended to June 24, 2020.

IT IS SO ORDERED.

DATED this 17th day of April, 2020.

_____
Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION - 1
(No. 2:19-CV-00393-MJP)

DOBSON HICKS PLLC
2150 N. 107th Street, Suite 440
Seattle, WA 98133
206.492.5183

Presented by:

DOBSON HICKS PLLC


By: __/s/Aubrie D. Hicks_____
    AUBRIE D. HICKS, WSBA #46446
    Attorneys for Plaintiff


Approved as to form, notice of presentation waived:

BAKER & HOSTETLER LLP


By: ___ __/s/Jennifer E. Edwards_____
    JENNIFER E. EDWARDS, *PRO HAC VICE*
    ALEXA E. CELLIER, *PRO HAC VICE*
    JAMES R. MORRISON, (WSBA No. 43043)
    Attorneys for Defendant

[PROPOSED] ORDER GRANTING
EXTENSION - 2
(No. 2:19-CV-00393-MJP)

DOBSON HICKS PLLC
2150 N. 107th Street, Suite 440
Seattle, WA 98133
206.492.5183