THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOELL MAYORAL,<br><br>          Plaintiff,<br><br>     v.<br><br>SAFELITE FULFILLMENT, INC.,<br><br>          Defendant. | Civil Action No.: 2:19-CV-00393-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 10th day of June, 2020.

Respectfully submitted,

*/s/ Aubrie D. Hicks*
Aubrie D. Hicks (WSBA #46446)
Dobson Hicks, PLLC
2150 N. 107th St., Ste. 440
Seattle, WA 98133
Tel: (206) 492-5183
Fax: (206) 691-8709
E-mail: aubrie@dobsonhicks.com

STIPULATED DISMISSAL WITH PREJUDICE
CIVIL ACTION NO.: 2:19-CV-00393-MJP

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

*Attorney for Plaintiff Joell Mayoral*


*/s/ Jennifer E. Edwards*
Jennifer E. Edwards, (Pro Hac Vice)
Baker & Hostetler LLP
200 Civic Center Drive
Suite 1200
Columbus, OH  43215-4138
Tel:     614.228.1541
Fax:    614.462.2616
E-mail: jedwards@bakerlaw.com

*/s/ Alexa E. Cellier*
Alexa E. Cellier (Pro Hac Vice)
Baker & Hostetler LLP
200 Civic Ctr. Dr., Ste. 1200
Columbus, OH 43215
Tel: (614) 462-4708
Fax: (614) 462-2616
E-mail: acellier@bakerlaw.com

/s/ *James R. Morrison*
James R. Morrison, (WSBA No. 43043)
Baker & Hostetler LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel: (206) 332-1380
Fax: (206) 624-7317
E-mail: jmorrison@bakerlaw.com

*Attorneys for Defendant*
*SAFELITE FULFILLMENT, INC.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 10, 2020.


_____
Marsha J. Pechman
United States District Judge

- 2 -
STIPULATED DISMISSAL WITH PREJUDICE
CIVIL ACTION NO.: 2:19-CV-00393-MJP

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

- 3 -
STIPULATED DISMISSAL WITH PREJUDICE
CIVIL ACTION NO.: 2:19-CV-00393-MJP

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380